**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

---

No. 96-10513

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RANDY SCOTT CARTER,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Northern District of Texas

(4:95-CR-157-A)

---

July 11, 1997

Before POLITZ, Chief Judge, HIGGINBOTHAM and SMITH, Circuit Judges.

PER CURIAM:[*]

Randy Scott Carter appeals his convictions and sentences on ten counts of

mail fraud involving two separate schemes of insurance fraud.  Carter made

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

misrepresentations to obtain insurance coverage and submitted false claims. In the first scheme he filed a fraudulent worker's compensation claim on behalf of his wife. In the second scheme he filed fraudulent claims for disability benefits, occupational accident insurance, and business overhead expenses related to a fictitious injury to his hand. The false claims included overstating his income and the nature of his business, filing sham medical records in support of an injury claim, and claiming to be totally disabled. The prosecution introduced additional evidence regarding an earlier insurance fraud. Through the course of these activities Carter involved his wife, a friend, numerous insurance agents, insurance carriers, and two accounting firms.

Having considered the briefs, oral arguments of counsel, and pertinent parts of the record, and finding no reversible error, the convictions and sentences are AFFIRMED.